IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2005 JUL 27 P 4: 12

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Mery Thomas, as next friend to minor child, X, *
*
Plaintiff, *
*
vs. * 3:05-CV-0689-T-W
*
City of Valley, Alabama, Mayor Arnold *
Leak, Police Chief James Bryan, *
and Detective Frank Montroy, *
*
Defendants. *

## DEFENDANTS' NOTICE OF REMOVAL

Please take notice that all Defendants in this case hereby file this notice of removal, seeking to remove the above styled case from the Circuit Court of Chambers County, Alabama, being case number CV-05-141, to the United States District Court for the Middle District of Alabama, Eastern Division. Attached hereto as Exhibit "A" are the pleadings and documents from the state court proceeding. Removal to the United States District Court for the Middle District of Alabama, Eastern Division, in this case is warranted for the following reasons:

1.   On July 7, 2005, Plaintiff, Mery Thomas, filed a lawsuit in the Circuit Court of Chambers County, Alabama, against the City of Valley, Alabama, Mayor Arnold Leak, Police Chief James Bryan, and Detective Frank Montroy. Mery Thomas states that her child is a thirteen year old black female who lives in Valley, Alabama. On February 5, 2005, the minor was walking to a friend's house when she was approached by two black men in their early to mid-20's. The men pulled their automobile alongside the minor as she

was walking and asked her name. When asked if she wanted to get in the car, the minor took off running down a small dirt road which led away from the paved road in order to escape the two males. The two males allegedly chased the minor into the woods where they held her against her will and raped her. Subsequent to the alleged rape, the minor contacted the Valley Police Department. Allegedly Detective Frank Montroy questioned the minor and the decision was made that the minor was not raped. No investigation was conducted. The complaint filed by Mery Thomas alleges that Defendants violated the Fourteenth Amendment of the United States Constitution and the Equal Protection Clause. Mery Thomas also alleged several state law claims. Defendants deny each and every allegation of Plaintiff's complaint. Defendants seek to remove the complaint filed by Mery Thomas in the Circuit Court of Chambers County to the United States District Court for the Middle District of Alabama, Eastern Division.

2. Based on the foregoing, Plaintiff's complaint poses a federal question and this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

3. Because this matter involves a federal question, the amount in controversy is not relevant.

4. Defendants were served with the summons and complaint on July 14, 2005.

5. Accordingly, the notice of removal filed by Defendants is timely.

6. Defendants have attached all of the documents filed in the Circuit Court of Chambers County as required by 28 U.S.C. § 1441 et seq. (Exhibit "A").

7. Defendants have served Plaintiff's counsel and the Clerk of the Circuit Court of Chambers County, Alabama with the notice of the filing of this notice of removal. (Exhibit "B").

8. Defendants have not filed an answer in the Circuit Court of Chambers County, Alabama, and have simultaneously with the filing of its notice of removal filed an answer to Plaintiff's allegations in the District Court for the Middle District of Alabama, Eastern Division. Also, Defendants have simultaneously filed a motion to dismiss Plaintiff's complaint.

9. Defendants are in agreement that this case must be removed to the United States District Court for the Middle District of Alabama, Eastern Division, and request the Court to accept jurisdiction over Plaintiff's federal claims and state law claims.

WHEREFORE, because this case presents a federal question over which the United States District Court for the Middle District of Alabama, Eastern Division has original jurisdiction, and Defendants have complied with the procedural requirements set forth in 28 U.S.C. § 1441 et seq., and all Defendants have consented to removal, Defendants request that this Court accept jurisdiction over this matter and remove this case from the Circuit Court of Chambers County, Alabama.

_____
ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (HOW045)
Attorneys For Defendants

OF COUNSEL:
NIX HOLTSFORD GILLILAND
　　HIGGINS & HITSON, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Mitch McBeal
7027 Halcyon Park Drive
Montgomery, Alabama 36117

This the 26th day of July, 2005.

_____
OF COUNSEL