IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

Mery Thomas, as next friend to minor    *
child, X,                          *
                                *
         Plaintiff,              *
                                *
vs.                                *    CV-05-141
                                *
City of Valley, Alabama, Mayor Arnold   *
Leak, Police Chief James Bryan,       *
and Detective Frank Montroy,         *
                                *
         Defendants.          *

## NOTICE OF FILING NOTICE OF REMOVAL

TO:    Chambers County Circuit Court
        Attn: Charles Story
        Courthouse, Court Square
        LaFayette, Alabama 36862

        Mitch McBeal
        7027 Halcyon Park Drive
        Montgomery, Alabama 36117

Pursuant to 28 U.S.C. § 1446, Defendants hereby give notice of the filing of their

Notice of Removal in the above styled cause from the Circuit Court of Chambers County,

Alabama to the United States District Court for the Middle District of Alabama, Eastern

Division. A true and correct copy of the notice of removal is attached hereto as Exhibit "A".

Done this 26th day of _____ July _____, 2005.

_____
ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (HOW045)
Attorneys For Defendants



OF COUNSEL:
NIX HOLTSFORD GILLILAND
    HIGGINS & HITSON, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585


## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Mitch McBeal
7027 Halcyon Park Drive
Montgomery, Alabama 36117


This the ___26th___ day of ___July_____, 2005.

_____
OF COUNSEL