IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **MERY THOMAS, as next** ) | |
| **friend to a minor child X,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
| **v.** ) | **3:05cv689-T** |
| ) | |
| **CITY OF VALLEY, ALABAMA,** ) | |
| **etc., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

It is ORDERED that defendants' motion to dismiss (Doc. No. 3) is set for submission, without oral argument, on August 22, 2005, with all briefs due by said date.

DONE, this the 5th day of August, 2005.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**