IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 AUG -8  P 3: 57

| | |
|---|---|
| Mery Thomas, as next friend to minor child, X, | * * * |
| Plaintiff, | * * |
| vs. | *   3:05 CV 689 - T *  |
| City of Valley, Alabama, Mayor Arnold Leak, Police Chief James Bryan, and Detective Frank Montroy, | * * * * |
| Defendants. | * |

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney and enters her appearance in this matter on behalf of the Defendants, the City of Valley, Mayor Arnold Leak, Police Chief James Bryan, and Detective Frank Montroy.

Respectfully submitted,

_____
April M. Willis (WILLA5653)
Attorney for Defendant City of Valley

OF COUNSEL:
NIX HOLTSFORD GILLILAND
  HIGGINS & HITSON, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Mitch McBeal
7027 Halcyon Park Drive
Montgomery, Alabama 36117

      This the 8th day of August, 2005.

_____
OF COUNSEL