IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| Mery Thomas, as next friend to minor child, X, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CV-05-689-MHT |
| | * | |
| City of Valley, Alabama, Mayor Arnold Leak, Police Chief James Bryan, and Detective Frank Montroy, | * | |
| | * | |
| Defendants. | * | |

**REPORT OF PARTIES PLANNING MEETING**

I.    Pursuant to Fed. R. Civ. P. 26(f), a scheduling meeting was held on August 15, 2005, and was attended by:

Mitch McBeal for Plaintiff

Rick Howard for Defendants

II.    Pre-Discovery Disclosures

The parties will exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) within twenty-one days after the scheduling order has been entered.

III.    Discovery Plan

The parties jointly propose to the Court the following discovery plan:

a.    All discovery commenced in time to be completed by August 31, 2006;
b.    Maximum of 40 interrogatories by each party to the other party; responses are due 30 days after service.
c.    Maximum of 30 requests for admissions by each party to the other party; responses due 30 days after service;
d.    Maximum of 10 depositions by Plaintiff and 10 depositions by Defendants.
e.    Each deposition will not exceed four hours unless agreed to by the parties.
f.    Reports from retained experts under Rule 26(a)(2) due:

    From Plaintiffs    :    December 31, 2005
    From Defendants  :    February 15, 2006

IV.    Other Items

a.    Parties do not request a conference with the Court before entry of the scheduling order;
b.    The parties request a pretrial conference on September 25, 2006;
c.    Plaintiffs will be allowed until November 1, 2005, to enjoin additional parties and until November 1, 2005, to amend pleadings.
d.    Defendants shall be allowed until December 15, 2005, to enjoin additional parties and until December 15, 2005, to amend pleadings.
e.    All potentially dispositive motions should be filed by June 23, 2006..
f.    Final list of witness and exhibits under Rule 26(a)(3) should be due:

    Plaintiff's exhibit list -    September 11, 2006
    Plaintiff's witness list -    September 11, 2006

    Defendants' exhibit list -    September 11, 2006
    Plaintiff's witness list -    September 11, 2006

g.    Parties should have ten days after service of final list of witnesses and exhibits to list an objection under Rule 26(a)(3).
h.    The case should be ready for trial by October 23, 2006, and is expected to take approximately 3 days.

Dated: 8/22/05

                                              Alex L. Holtsford, Jr. (HOL048)
                                              Rick A. Howard (HOW045)
                                              Attorneys for Defendants

OF COUNSEL:
Nix Holtsford Gilliland
      Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36104
334-215-8585

                                              Mitch McBeal
                                              Attorney for Plaintiff

OF COUNSEL:
7027 Halcyon Park Drive
Montgomery, Alabama 36117