IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
MERY THOMAS, as next         )
friend to a minor child X,   )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )       3:05cv689-T
                             )
CITY OF VALLEY, ALABAMA,     )
etc., et al.,                )
                             )
    Defendants.              )
```

ORDER

Pursuant to the consent to the exercise of jurisdiction by a United States Magistrate Judge (Doc. No. 9), it is ORDERED that this cause is reassigned to United States Magistrate Judge Susan Russ Walker.

The clerk of the court is DIRECTED to take appropriate steps to effect the reassignment.

DONE, this the 23rd day of August, 2005.

                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE